UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Arthur D'Amario, III</u>

    v.                                          Civil No. 07-cv-324-SM

<u>James R. Starr, Clerk of the</u>
<u>United States District Court-NH</u>

**O R D E R**

As the named defendant is the clerk of this court, I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

October 25, 2007

cc:  Arthur D'Amario, III, <u>pro</u> <u>se</u>