UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Arthur D'Amario, III

    v.                        Civil No. 07-cv-324-SM

US District Court - NH, Clerk

O R D E R

Pursuant to the provisions of 28 U.S.C. § 455, I recuse myself from this case.

SO ORDERED.

*/s/ Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
United States District Judge

October 30, 2007

cc: Arthur D'Amario, III, pro se