```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Arthur D'Amario, III**

   **v.**                                          Civil No. 07-cv-324-SM

**US District Court-NH Clerk**


### O R D E R

I recuse myself from presiding over this case.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

October 31, 2007

cc:  Arthur D'Amario, III, pro se