**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Arthur D'Amario, III</u>

    v.                                        Civil No. 07-cv-324-SM

<u>US District Court – NH, Clerk</u>

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. § 455, I hereby recuse myself from this case.

**SO ORDERED.**

                                    /s/ James R. Muirhead
                                    James R. Muirhead
                                    United States Magistrate Judge

Date: October 31, 2007

cc:    Arthur D'Amario, III, pro se