UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Arthur D'Amario, III

                      Misc. No. 07-082ML

v.

James R. Starr, Clerk of the
United States District Court - NH

### ORDER

    All of the judges in this district hereby recuse themselves from presiding over this case. Accordingly, this case shall be returned to the District of New Hampshire for designation and reassignment.

Enter:

_____
Deputy Clerk

Order:

_____
Mary M. Lisi, Chief Judge

Date: 11/9/07