UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Arthur D'Amario, III</u>

    v.                                                  Civil No. 07-cv-324

<u>James R. Starr, Clerk of the</u>
<u>United States District Court-NH</u>

**<u>O R D E R</u>**

All of the judges in this district have recused themselves from presiding over this case. Accordingly, subject to the concurrence of Chief Judge Singal, the case shall be designated and assigned to an active district judge from the District of Maine. Sitting by designation, the assigned judge is authorized to hold court within this district and perform any judicial function required of a judge of this district as set forth in 28 U.S.C. § 296. Jurisdiction over the case remains with the New Hampshire District Court.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

**SO ORDERED.**

                                                                     _____
                                                                     Steven J. McAuliffe
                                                                     Chief Judge

November 14, 2007

cc:   Clerk, USDC, Maine
       Arthur D'Amario, III, <u>pro se</u>

## C O N C U R R I N G   O R D E R

I concur that John A. Woodcock, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge Margaret J. Kravchuk is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to her by the district judge to whom this case is assigned.

/s/George Z. Singal
Chief Judge, Assignee District

Date: November 16, 2007

cc:   Clerk, USDC,
      Attorneys